EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re: | 2017 TSPR 178 |
| Javier O. Asencio Luciano (TS-12,537) | 198 DPR ____ |

Número del Caso: AB-2013-166

Fecha:   18 de septiembre de 2017

Abogado del promovido:

        Por derecho propio

Materia:  Conducta Profesional – La suspensión de la notaría será efectiva el 8 de diciembre de 2017, fecha en que se le notificó a abogado de su suspensión inmediata.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re: | | |
|---|---|---|
| | AB-2013-166 | |
| Javier O. Asencio Luciano | | |
| TS-12,537 | | |

RESOLUCIÓN

En San Juan, Puerto Rico, a 18 de septiembre de 2017.

Evaluada la Moción Informativa del 31 de julio de 2017, se provee no ha lugar.

Se suspende indefinidamente y de inmediato al Lcdo. Javier O. Asencio Luciano, del ejercicio de la notaría.

El Alguacil de este Tribunal procederá a incautarse de la obra y sello notarial del abogado suspendido, debiendo entregar los mismos al Director de la Oficina de Inspección de Notarías para el correspondiente investigación e informe a este Tribunal.

Se le apercibe al licenciado Asencio Luciano de que la suspensión del ejercicio de la notaría no le exime de su responsabilidad de realizar trámites y gestiones, así como de contratar, a su costo, a un notario, con el objetivo de que la Escritura Núm. 25 logre finalmente acceso a los libros del Registro de la Propiedad.

Notifíquese personalmente.

Lo acordó el Tribunal y lo certifica el Secretario del Tribunal Supremo. La Juez Asociada señora Rodríguez Rodríguez no intervino.

Lcdo. Juan Ernesto Dávila Rivera
Secretario del Tribunal Supremo